UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 97-7736

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

LINWOOD RUDOLPH WILLIAMS, a/k/a Rudi Williams,
a/k/a Lenwood Williams,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, Chief District Judge;
Frank A. Kaufman, Senior District Judge. (CR-90-135-K, CA-97-1254-
JFM)

_____

Submitted: April 16, 1998        Decided: April 30, 1998

_____

Before WILKINS and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Linwood Rudolph Williams, Appellant Pro Se. Katharine Jacobs
Armentrout, Assistant United States Attorney, Baltimore, Maryland,
for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Williams</u>, Nos. CR-90-135-K; CA-97-1254-JFM). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>